IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARRYL WAYNE HARTFIELD** | ) | |
| | ) | |
| V. | ) | 3-05-CV-1709-P |
| | ) | |
| **DAN JOSLIN, Warden** | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is further ORDERED that Petitioner's motion to take judicial notice that the government initially failed to file a response and his motion to strike the government's response because filed out-of-time be denied as moot.

SO ORDERED this 16th day of February 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE